Lia Shannon FASCHING, Respondent,

v.

William David FASCHING, Appellant.

No. WD 76096.

Missouri Court of Appeals,
Western District.

Nov. 26, 2013.

Bruce Dean Enlow, St. Joseph, for Appellant.

Edward Frederick Ford III, Kansas City, for Respondent.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

William D. Fasching appeals the circuit court's judgment and decree of dissolution of his marriage to Lia S. Fasching. We affirm. Rule 84.16(b).

Donald THORBES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75201.

Missouri Court of Appeals,
Western District.

Nov. 26, 2013.

Susan L. Hogan, Kansas City, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, KAREN KING MITCHELL, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM.

Donald G. Thorbes was charged in the Circuit Court of Jackson County with one count of robbery in the second degree. A jury convicted Thorbes and his conviction was affirmed in *State v. Thorbes*, 331 S.W.3d 368, 369 (Mo.App. W.D.2011). Thorbes now appeals the denial of his Rule 29.15 motion, following an evidentiary hearing, in which he alleged that he was denied effective assistance of counsel at trial. We affirm. Rule 84.16(b). A memorandum explaining our decision has been provided to the parties.